# UNITED STATES DISTRICT COURT
### Western District of Wisconsin

STEVEN STEPANSKI,

        Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-430-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

     The decision of defendant Michael Astrue, Commissioner of Social Security, is affirmed and plaintiff Steven Stepanski's appeal is dismissed.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____3/9/09_____
Date